# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WELLS FARGO BANK, N.A.
SUCCESSOR BY MERGER TO WELLS
FARGO HOME MORTGAGE, INC.,
BACKED CERTIFICATES, SERIES 2005-
OPTI,

       Respondent

       v.

MARY SHIRLEY GOLPHIN,

       Petitioner

: No. 356 MAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.